IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD EUGENE PARRAN, | : | CIVIL ACTION NO. 3:14-CV-1522 |
| | : | |
| Plaintiff | : | (Judge Munley) |
| | : | |
| v. | : | |
| | : | |
| JOHN WETZEL, *et al.*, | : | |
| | : | |
| Defendants | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

AND NOW, to wit, this 22nd day of October 2014, in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. Plaintiff shall file an amended complaint on or before November 21, 2014.

2. The amended complaint shall contain the same case number that is already assigned to this action, 3:14-CV-1522, and shall be direct, concise, and shall stand alone without reference to any other document filed in this matter. See FED. R. CIV. P. 8(e).

3. Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims will be considered a failure to comply with an order of Court and will result in dismissal of the complaint. See FED. R. CIV. P. 20.

4. Failure to file an amended complaint within the specified time period will result in dismissal of the action for failure to comply with an order of court.

BY THE COURT:

s/James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court